## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CHARLES M. RILEY,<br>    Plaintiff,<br><br>    v.<br><br>BOARD OF COMMISSIONERS OF<br>TIPPECANOE COUNTY and<br>TIPPECANOE COUNTY SHERIFF'S<br>DEPARTMENT,<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 4:14-CV-63-JD-PRC<br>)<br>)<br>)<br>)<br>)<br>) |

### OPINION AND ORDER

This matter is before the Court *sua sponte*. Plaintiff's Complaint misspells the word "Tippecanoe" as "Tippicanoe." The Court takes judicial notice of the proper spelling as "Tippecanoe."

The Court hereby **DIRECTS** the Clerk of Court to amend the caption of the docket to correct the spelling of "Tippicanoe" to "Tippecanoe" and **ORDERS** that, in the future, all filings with the Court use the proper spelling of "Tippecanoe."

SO ORDERED this 19th day of October, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT